UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| DA'QUANTAE DELANE SMITH, | ) | |
| Plaintiff, | ) | Civil No. 5:20-337-JMH |
| v. | ) | |
| BILLY WELCH, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Edward B. Atkins (DE 68), addressing the Motion for Summary Judgment filed by Defendants Billy Welch and Shane Courtney (DE 65). No objections were filed.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). However, when no objections are made, the Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard …." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). A party who fails to object to a magistrate judge's Report and Recommendation is also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Judge Atkins' Report and Recommendation required objections to be filed within fourteen (14) days of being served. (DE 68 at 9). The time to file objections to the Report and Recommendation has passed and no party has filed objections, nor sought an extension of time to do so. *See id.*; Fed. R. Crim. P. 59(b). Nonetheless, the Court has examined the record and agrees with Judge Atkins' Report and Recommendation.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

(1) Judge Atkins' Report and Recommendation **(DE 68)** is **ADOPTED** as the Opinion of this Court.

(2) The Motion for Summary Judgment filed by Defendants **(DE 65)** is **GRANTED**.

(3) Plaintiff Da'Quantae Delane Smith's claims asserted under 42 U.S.C. § 1983 against Defendants Billy Welch and Shane Courtney are **DISMISSED**.

(4) This action is **DISMISSED WITH PREJUDICE** and **STICKEN** from the Court's active docket.

(5) Judgment in favor of the defendants will be entered contemporaneously with this Order.

This the 18th day of March, 2022.



Signed By:
*Joseph M. Hood* /s/
Senior U.S. District Judge